849 A.2d 1130

**COMMONWEALTH of Pennsylvania, Appellee**

**v.**

**Gregory RODRIQUEZ, Appellant.**

Supreme Court of Pennsylvania.

April 15, 2004.

## ORDER

PER CURIAM.

**AND NOW,** this 15th day of April, 2004, probable jurisdiction is noted and the order appealed is affirmed.